**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THREECHARMS ON BOCA LLC,

    Plaintiff,

v.                                          Case No:   6:23-cv-1807-RBD-RMN

INDEPENDENT SPECIALTY
INSURANCE COMPANY and
CERTAIN UNDERWRITERS AT
LLOYD'S AND OTHER INSURERS
SUBSCRIBING TO BINDING
AUTHORITY B604510568622022,

    Defendants.
_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement filed on February 13, 2024 (Doc. 38), indicating that this case has settled. Accordingly, it is

**ORDERED AND ADJUDGED**:

    1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

    2.    All pending motions are denied as moot and all deadlines and

hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 17, 2024.

ROY B. DALTON, JR.
United States District Judge